1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 CANTARES CORPORATION, a Nevada<br>corporation, and JOSE MANUEL<br>12 FIGUEROA p/k/a/ JOAN SEBASTIAN,<br>an individual, | Case No. CV13-05228-R (JCGx) |
| 13 | *Assigned to Courtroom 8*<br>*The Hon. Manuel Real* |
| 14 Plaintiffs, | |
| 15 | **ORDER GRANTING STIPULATED**<br>**PROTECTIVE AGREEMENT AND** |
| 16 v. | **ORDER** |
| 17 VIVA ENTERTAINMENT NETWORK, | |
| 18 INC. an Illinois corporation, and IVAN<br>FERNANDEZ, an individual, and DOES | [Los Angeles County Superior Court<br>Case No. BC510763] |
| 19 1-10 INCLUSIVE | |
| 20 Defendants. | Complaint Filed:  June 4, 2013<br>Trial Date:       None Set |
| 21 | |

22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has reviewed the Parties' Stipulated Protective Agreement and Order filed August 12, 2012.  For good cause appearing, the Court hereby enters said Agreement as an Order of the Court in the above –referenced case (Case No. 2:13−cv−05228−R−JCG).

**IT IS SO ORDERED.**

Dated:  _August 13, 2013_         By:_____

Judge of the United States District Court
for the Central District of California

[PROPOSED] ORDER RE STIPULATED PROTECTIVE AGREEMENT AND ORDER