1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CANTARES CORPORATION, a Nevada | Case No. CV13-05228-R (JCGx)
12 | corporation, and JOSE MANUEL
   | FIGUEROA p/k/a/ JOAN SEBASTIAN, | *Assigned to Courtroom 8*
13 | an individual, | *The Hon. Manuel Real*
14 |
   |                Plaintiffs, | **ORDER GRANTING STIPULATED**
15 |                            | **PROTECTIVE AGREEMENT AND**
16 | v. | **ORDER**
17 | VIVA ENTERTAINMENT NETWORK,
18 | INC. an Illinois corporation, and IVAN | [Los Angeles County Superior Court
   | FERNANDEZ, an individual, and DOES | Case No. BC510763]
19 | 1-10 INCLUSIVE
20 |                            | Complaint Filed:   June 4, 2013
   |                Defendants. | Trial Date:        None Set
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has reviewed the Parties' Stipulated Protective Agreement and Order filed August 12, 2012.  For good cause appearing, the Court hereby enters said Agreement as an Order of the Court in the above –referenced case (Case No. 2:13−cv−05228−R−JCG).

**IT IS SO ORDERED.**

Dated: _August 13, 2013_        By:_____

                                   Judge of the United States District Court
                                   for the Central District of California

[PROPOSED] ORDER RE STIPULATED PROTECTIVE AGREEMENT AND ORDER